UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SETH AND BRIDGETT WYNKOOP,<br>    Plaintiffs,<br><br>-v-<br><br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE,<br>    Defendant. | No. 1:12-cv-679<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having found that this Court lacks subject-matter jurisdiction, and having granted Defendant United States Department of Agriculture's motion to dismiss, under Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiffs.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  November 28, 2012                          /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  Chief United States District Judge