UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SETH AND BRIDGETT WYNKOOP,        )<br>          Plaintiffs,        )<br>                              )<br>-v-                              )<br>                              )<br>UNITED STATES DEPARTMENT OF    )<br>AGRICULTURE,                    )<br>          Defendant.          )<br>_____) | No. 1:12-cv-679<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having found that this Court lacks subject-matter jurisdiction, and having granted Defendant United States Department of Agriculture's motion to dismiss, under Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiffs.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  November 28, 2012                            /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          Chief United States District Judge